UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| SIDNEY GORDON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONAR CAPITAL MANAGEMENT LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C 15-80080 LB<br><br>**ORDER GRANTING THIRD PARTY WITNESS BAO'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME** |

Third party Thanh Ha Bao has filed an ex parte application for an order shortening the time for the hearing on the motion to continue her deposition that she also filed. She filed her application and motion yesterday (March 10, 2015), but they was not uploaded to ECF by the Clerk's Office until this morning. In short, Ms. Bao was served with a subpoena on March 5, 2015, and that subpoena requires her to both testify and produce documents at 10:00 a.m. PDT on March 11, 2015. (The deposition may be occurring now.) Upon review of Ms. Bao's application and motion, the court grants Ms. Bao's application. The court stays any deposition or production until after the hearing on Ms. Bao's motion. The court sets a hearing on Ms. Bao's motion for 11:00 a.m. PDT on Thursday, March 12, 2015. The parties may appear at the hearing in person or through CourtCall.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
LAUREL BEELER
United States Magistrate Judge