**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

San Francisco

| | |
|---|---|
| SIDNEY GORDON, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>SONAR CAPITAL MANAGEMENT LLC, et al.,<br><br>          Defendants.<br>_____/ | No. C 15-80080 LB<br><br>**ORDER REGARDING DISCOVERY DISPUTES** |

Third party Thanh Ha Bao has filed a motion to continue her deposition. It is a miscellaneous action opened in this District because Ms. Bao resides and is to be deposed here. Going forward, the parties are directed to comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes. Those discovery procedures require, among other things, that the parties meet and confer in person if counsel are local. The court's procedures are designed to prevent any one party from avoiding filing a joint letter brief by allowing counsel to designate the meet-and-confer time if counsel do not agree. If the parties cannot navigate filing a joint letter brief, they may schedule a short case management conference call through courtroom deputy Lashanda Scott.

The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether further proceedings are necessary, including any further briefing or argument.

Here, as the court said today, any issue can be raised quickly before the deposition that will take place on March 17, 2015.

**IT IS SO ORDERED.**

Dated: March 12, 2015

_____
LAUREL BEELER
United States Magistrate Judge

2